Charles A. HARTER, Appellant,

v.

GRAY, INC. and Division of
Employment Security,
Respondents.

No. ED 78773.

Missouri Court of Appeals,
Eastern District,
Division Two.

July 10, 2001.

Charles A. Harter, Washington, MO, for
appellant.

Richard A. Wunderlich, Jenna McFer-
ron & Darci Madden, St. Louis, MO, At-
torneys for Gray, Inc.

Alan J. Downs, St. Louis, MO, Attorney
for Div. Of Employment Security.

Before CLIFFORD H. AHRENS, P.J.,
WILLIAM H. CRANDALL, JR., J., and
JAMES R. DOWD, J.

ORDER

PER CURIAM.

Claimant, Charles A. Harter, appeals
from a decision of the Labor and Industri-
al Relations Commission denying his claim
for unemployment compensation. The de-
cision of the Labor and Industrial Rela-
tions Commission is supported by compe-
tent and substantial evidence on the whole
record; no error of law appears. An opin-
ion would have no precedential value. The
parties have, however, been provided with
a memorandum for their information only
setting forth the reasons for this order.

The decision is affirmed. Rule 84.16(b).